**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              : BKY. NO. 19-11433
JENNIFFER I. MILLER                                  :
                                                                        : CHAPTER 13

**NOTICE OF APPLICATION FOR COMPENSATION**
**AND/OR REIMBURSEMENT OF EXPENSES**

TO THE DEBTOR(S), CREDITORS, THE TRUSTEE, AND ALL PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

1. On MARCH 7, 2019, DEBTOR(S) FILED A CHAPTER 13 PETITION WITH THE COURT.

2. DEBTOR(S) COUNSEL, MICHAEL P. KELLY, ESQUIRE, HAS FILED AN APPLICATION FOR COMPENSATION AND/OR REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $4,000.00.

3. DEBTOR(S) COUNSEL IS ASKING THAT THE FEES AND COSTS BE APPROVED.

4. ANY CREDITOR OR PARTY IN INTEREST MAY FILE AN ANSWER, OBJECTION, OR OTHER RESPONSIVE PLEADING OR REQUEST FOR A HEARING PROTESTING THE APPROVAL OF COUNSEL FEES, STATING THE REASONS WHY A HEARING IS NECESSARY, WITH THE **CLERK, U.S. BANKRUPTCY COURT, SUITE 400, ROBERT N.C. NIX BUILDING, 900 MARKET STREET, PHILADELPHIA, PA 19107**, AND SERVE A COPY OF THE PLEADING ON THE ATTORNEY FOR THE DEBTOR, MICHAEL P. KELLY, ESQUIRE, WHOSE ADDRESS APPEARS BELOW, ON OR BEFORE TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE.

5. IN THE ABSENCE OF ANY ANSWERS, OBJECTIONS, OR REQUESTS FOR A HEARING, THE DISTRIBUTION OUTLINED IN THIS NOTICE WILL OCCUR, WITHOUT A HEARING OR FURTHER ACTION BY THE COURT.

Dated:   June 17, 2019

By:

Michael P. Kelly, Esquire
Suite 202 – Penn's Square
402 Middletown Boulevard
Langhorne, PA 19047
215-741-1100
Email:   mpk@cowanandkelly.com