# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                : BKY. NO. 19-11433
JENNIFFER I. MILLER                                      :
                                                                            : CHAPTER 13

## CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the Notice and Application for Compensation upon the debtor(s), the Chapter 13 Trustee, and the United States Trustee and I served all creditors at Proof of Claim address unless no Proof of Claim was filed then in that event at the address listed on the Matrix, and all parties in interest with the Notice of Application for Compensation on the 18th day of June 2019, by electronic mail and/or first class mail, postage prepaid.

June 18, 2019                                    /s/ Michael P. Kelly_____
                                                         Michael P. Kelly, Esquire
                                                         Attorney for Debtor(s)
                                                         Suite 202 - Penn's Square
                                                         402 Middletown Blvd.
                                                         Langhorne, PA    19047
                                                         (215) 741-1100
                                                         fax (215) 741-4029
                                                         email:   mpk@CowanandKelly.com

## Service List

Jenniffer I. Miller- by regular mail
1441 Woodview Road
Morrisville, PA 19067

U.S. Trustee's Office - by CM/ECF
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Scott F. Waterman - by CM/ECF
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

US Bank National - by CM/ECF
c/o Jessica Manis, Esquire
Stein and Eisenberg
1580 Main Street, Suite 200
Warrington, PA 18976

Rebecca A. Solarz, Esquire – CM/ECF
KML Law Group, P.C.
The Lits Building
701 Market Street, Suite 5000
Philadelphia, PA 19106

Portfolio Recovery Associates, LLC – by regular mail – claims docket
P.O. Box 41067
Norfolk, VA 23541

American Honda Finance Corporation – by regular mail – claims docket
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

Capital One Bank (USA), NA – by regular mail – claims docket
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

LVNV Funding, LLC – by regular mail – claims docket
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Merrick Bank – by regular mail – claims docket
Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

Premier Bankcard, LLC – by regular mail – claims docket
Jefferson Capital Systems LLC Assignee
P.O. Box 7999
Saint Cloud, MN 56302-9617

Pennsylvania American Water – by regular mail – claims docket
P.O. Box 578
Alton, IL 62002

U.S. Bank National Association Trsutee (See 410) – by regular mail – claims docket
c/o Specialized Loan Servicing, LLC
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129

Township of Lower Makefield – by regular mail – claims docket
c/o Barbara M. Kirk, Esquire
777 Township Line Road, Suite 250
Yardley, PA 19067

PRA Receivables Management, LLC – by regular mail
P.O. Box 41067
Norfolk, VA 23541-1067

AM Water – by regular mail
1 Water Street
Camden, NJ 08102-1658

Capital One – by regular mail
Attn:  Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), NA – by regular mail
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118-7901

First Premier Bank – by regular mail
Attn:  Bankruptcy
P.O Box 5524
Sioux Falls, SD 57117-5524

LVNV Funding, LLC – by regular mail
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

LVNV Funding/Resurgent Capital – by regular mail
Attn:  Bankruptcy
PO. Box 10497
Greenville, SC 29603-0497

Lower Makefield Sewer – by regular mail
BCWSA
1275 Almshouse Road
Warrington, PA 18976-1209

Lower Makefield – by regular mail
BCWSA
P.O. Box 333
Harleysville, PA 194385-0333

McCullough Rubish Removal – by regular mail
9240 Tyburn Road
Morrisville, PA 19067

Merrick Bank/CardWorks – by regular mail
Attn:  Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804-9001

Onemain – by regular mail
P.O. Box 3251
Evansville, IN 47731-3251

Onemain Financial – by regular mail
Attn.:  Bankruptcy
601 NW 2nd Street
Evansville, IN 4770-1013

Peco Energy – by regular mail
P.O. Box 13439
Philadelphia, PA 19101-3439

Premier Bankcard, LLC – by regular mail
Jefferson Capital Systems LLC Assignee
P.O. Box 7999
Saint Cloud, MN 56302-7999

Specialized Loan Servicing – by regular mail
8742 Lucent Blvd.
Littleton, CO 80129-2386