# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : BKY. NO. 19-11433
JENNIFFER I. MILLER :
: CHAPTER 13

### CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received to the Notice and Application for Compensation dated June 17, 2019 within the time allowed by law.

DATED: July 9, 2019        /s/ Michael P. Kelly
                           Michael P. Kelly, Esquire
                           Suite 202 - Penn's Square
                           402 Middletown Blvd.
                           Langhorne, PA    19047
                           (215) 741-1100
                           Fax (215) 741-4029
                           Email:   mpk@cowanandkelly.com