UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  **Jenniffer I. Miller** | : No. 19-11433 - jkf |
| | : |
| **debtor** | : Chapter 13 |
| | : |
| **SpecializedLoan Servicing LLC as servicer for U.S. Bank National Association, as Trustee for Mastr Asset Backed Securities Trust 2005-ABI, Mortgage Pass-Through Certificates, Series 2005-AB1** | : : : : : : |
| **v.** | : : |
| **Jennifer I. Miller, debtor** | : |

<u>Response to Motion for Relief</u>

Debtor, by and through her attorney, responds as follows:

1-5.    Admitted.

4-10    Denied.  Debtor has not yet responded to counsel regarding proof of mortgage payments. Strict proof thereof is demanded at trial.  Movant is adequately protected since there is equity in the real estate and the real estate is necessary to an effective reorganization.

WHEREFORE, it is respectfully requested that the Motion be DENIED.


By:    <u>/S/Michael P. Kelly</u>
402 Middletown Blvd.
Suite 202
Langhorne, Pa. 19047
215-741-1100
mpk@cowanandkelly.com