UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    JENNIFFER I MILLER<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-11433-JKF |

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 15, 2020**

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE