## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

HEARING DATE: FEBRUARY 12, 2020
TIME:          9:30 A.M.
PLACE:         U.S. BANKRUPTCY COURTHOUSE
               ROBERT N.C. NIX BLDG., ROOM 3
               900 MARKET ST. STE. 400
               PHILADELPHIA, PA 19107

| | |
|---|---|
| IN RE: <br> JENNIFFER I. MILLER | : NO. 19-11433 JKF <br> : <br> : CHAPTER 13 |

### MOTION TO OPEN AND VACATE DISMISSAL AND REINSTATE CHAPTER 13 PROCEEDING UNDER TITLE 11 U.S.C.

Debtor, by her counsel, hereby Motion the Court for an Order to Vacate Dismissal and reinstate their Chapter 13 proceeding and in support of said Motion states the following:

1. Debtor filed a petition for relief under Chapter 13 on March 7, 2019.

2. Debtor fell behind in her payments.

3. Debtor was served with a Motion to Dismiss debtor's case for missing payments.

4. An Order dismissing debtors' case was entered by the Honorable Jean K. FitzSimon on the 15th day of January, 2020.

5. On January 13, 2020 debtor sent and electronic payment to the Trustee in the amount of $2,995.00. Attached is a true and correct copy of the transaction.

**WHEREFORE**, debtor prays for an Order Vacating the dismissal and reinstating the above case.

Dated: January 21, 2020    By:    /s/ Michael P. Kelly
                                  Michael P. Kelly, Esquire
                                  Suite 202 - Penn's Square
                                  402 Middletown Boulevard
                                  Langhorne, PA 19047
                                  (215) 741-1100
                                  Fax (215) 741-4029
                                  Email: mpk@cowanandkelly.com

*Jennifer Miller*

2:19 PM

**TFS** YOUR SUCCESS | HOME | WHAT WE OFFER | HELP CENTER | FOR ATTORNEYS | FOR EMPLOYERS
Welcome, Jennifer Miller  Logout | Account

## Dashboard

### TFS Payment Summary

Edit Bank Account Information
Edit Payment Schedule & Amount

**Total Amount Paid**   Payment Amount
**$1,600.00**

Payments must be made manually

Your appointed Trustee, SCOTT WATERMAN is scheduled to be paid Always Manual Payments

[Make a One-Time Payment]    [Stop All Payments]

### Track Your TFS Payments by Email

Did you know that you can receive email notifications when your payment is started, has cleared our system, and has arrived at the trustee? You can mix and match notifications as well! Turn on notifications and always stay up to date about your payments!

Turn on payment notification emails now!

### Frequently Asked Questions

Our support site has answers to some of the most commonly asked questions, including:

How long do payments take to arrive?

What is the difference between pending and scheduled?

Can I use a debit or credit card?

| Date | Payee | Type | Amount | TFS Fee | Total | |
|---|---|---|---|---|---|---|
| January 11, 2020 | SCOTT WATERMAN | Manual Debtor Payment | $2,995.00 | $7.99 | $3,002.99 | cncl |

* Please note, it looks like you have a payment scheduled for a weekend or bank holiday. Payments scheduled for those days will start on the next business day.

| Date | Payee | Type | Amount | TFS Fee | Total |
|---|---|---|---|---|---|

There are no processing transactions.

View All Transactions

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : NO. 19-11433 JKF
JENNIFFER I. MILLER :
: CHAPTER 13

## ORDER VACATING DISMISSAL OF THIS CHAPTER 13 CASE

**AND NOW,** this _____ day of _____, 2020 upon consideration of the Motion filed by Michael P. Kelly, Esquire,

**ORDERED**, that the dismissal is VACATED and the case is reinstated, and the Debtors' counsel shall provide notice of this ORDER to all parties that received notice that the case had been dismissed, and it is further

**ORDERED,** that the clerk shall RE-OPEN the case.

BY THE COURT:

BY:_____
The Honorable Jean K. FitzSimon
Bankruptcy Judge

cc:
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA    19047

U.S. Trustee's Office
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606