# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 19-11433 JKF |
| JENNIFFER I. MILLER | : |
| | : CHAPTER 13 |

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received to the Notice and Motion to Open and Vacate Dismissal and Reinstate Chapter 13 dated January 21, 2020 within the time allowed by law.

DATED: February 11, 2020            /s/ Michael P. Kelly
                                    Michael P. Kelly, Esquire
                                    Suite 202 - Penn's Square
                                    402 Middletown Blvd.
                                    Langhorne, PA    19047
                                    (215) 741-1100
                                    Fax (215) 741-4029
                                    Email:  mpk@cowanandkelly.com