# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : NO. 19-11433 JKF
JENNIFFER I. MILLER :
: CHAPTER 13

### ORDER VACATING DISMISSAL OF THIS CHAPTER 13 CASE

**AND NOW,** this 12th day of February, 2020 upon consideration of the Motion filed by Michael P. Kelly, Esquire,

**ORDERED**, that the dismissal is VACATED and the case is reinstated, and the Debtors' counsel shall provide notice of this ORDER to all parties that received notice that the case had been dismissed, and it is further

**ORDERED,** that the clerk shall RE-OPEN the case.

BY THE COURT:

BY: _____
The Honorable Jean K. FitzSimon
Bankruptcy Judge

cc:
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA   19047

U.S. Trustee's Office
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606