United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-11433-jkf
Jenniffer I Miller                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Feb 12, 2020
                              Form ID: pdf900          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
```
db             +Jenniffer I Miller,    1441 Woodview Road,    Morrisville, PA 19067-5779
cr             +MASTR Asset Backed Securities Trust 2005-AB1,    14841 DALLAS PKWY SUITE 425,
                 Dallas, TX 75254-8067
14284448       +AM Water,    1 Water Street,    Camden, NJ 08102-1658
14284451       +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14284452       +Lower Makefield Sewer,    BCWSA,    1275 Almshouse Road,    Warrington, PA 18976-1209
14287273       +LowerMakefield,    BCWSA,    PO Box 333,    Harleysville, PA 19438-0333
14298757        McCullough Rubish Removal,    9240 Tyburn Road,    Morrisville,   PA  19067
14354273       +Michael P Kelly, Esquire,    402 Middletown Blvd.,    Suite 202,    Langhorne,  PA 19047-1818
14295642       +Specialized Loan Servicing,    8742 Lucent Blvd,    Littleton, CO 80129-2386
14312716       +Specialized Loan Servicing, LLC,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14295643       +Stern & Eisenberg,    1581 Main Street,    Suite 200,    Warrington,  PA 18976-3403
14338892       +Township of lower Makefield,    c/o Barbara M. Kirk, Esq.,    777 Township Line Road, Suite 250,
                 Yardley, PA 19067-5565
14315192       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Feb 13 2020 03:07:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2020 03:07:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 13 2020 03:07:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 03:13:37
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14284449        E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 13 2020 03:07:24     American Honda Finance,
                 Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
14292659        E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 13 2020 03:07:24
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
14284450       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 13 2020 03:14:25     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14293452       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 13 2020 03:14:36
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14294139        E-mail/Text: resurgentbknotifications@resurgent.com Feb 13 2020 03:13:43     LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
14284453       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2020 03:15:26
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
14294398        E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 13 2020 03:15:25     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14284454       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 13 2020 03:15:25
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
14287110        E-mail/PDF: cbp@onemainfinancial.com Feb 13 2020 03:15:14     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14284455       +E-mail/PDF: cbp@onemainfinancial.com Feb 13 2020 03:15:15     OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
14321138        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 03:14:28
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14298756       +E-mail/Text: bankruptcygroup@peco-energy.com Feb 13 2020 03:06:57     Peco Energy,
                 PO Box 13439,    Philadelphia, PA 19101-3439
14312479       +E-mail/Text: csc.bankruptcy@amwater.com Feb 13 2020 03:07:56     Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
14304751       +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 13 2020 03:07:25     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                               TOTAL: 18
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: PaulP                  Page 2 of 2                   Date Rcvd: Feb 12, 2020
                               Form ID: pdf900              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
          MICHAEL P. KELLY    on behalf of Debtor Jenniffer I Miller mpkpc@aol.com,
           r47593@notify.bestcase.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR
           Asset Backed Securities Trust 2005-AB1, Mortgage Pass-Through Certificates, Series 2005-AB1
           bkgroup@kmllawgroup.com
          SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : NO. 19-11433 JKF
JENNIFFER I. MILLER :
: CHAPTER 13

## ORDER VACATING DISMISSAL OF THIS CHAPTER 13 CASE

AND NOW, this 12th day of February, 2020 upon consideration of the Motion filed by Michael P. Kelly, Esquire,

**ORDERED**, that the dismissal is VACATED and the case is reinstated, and the Debtors' counsel shall provide notice of this ORDER to all parties that received notice that the case had been dismissed, and it is further

**ORDERED**, that the clerk shall RE-OPEN the case.

BY THE COURT:

BY: _____
The Honorable Jean K. FitzSimon
Bankruptcy Judge

cc:
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA    19047

U.S. Trustee's Office
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606