Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 19-11433-AMC**

JENNIFFER I MILLER  
1441 WOODVIEW ROAD  
MORRISVILLE  PA    19067

Petition Filed Date: 03/07/2019  
341 Hearing Date: 05/10/2019  
Confirmation Date: 11/06/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/22/2019 | $400.00 | MoneyGram Pa | 05/10/2019 | $400.00 | MoneyGram Pa | 07/17/2019 | $400.00 | MoneyGram Pa |
| 08/29/2019 | $400.00 | MoneyGram Pa | 01/22/2020 | $2,995.00 | | 04/13/2020 | $615.00 | |
| 04/13/2020 | $675.00 | | 05/13/2020 | $615.00 | | 06/02/2020 | $615.00 | |
| 06/15/2020 | $615.00 | | 07/13/2020 | $615.00 | | | | |

**Total Receipts for the Period: $8,345.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,345.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PORTFOLIO RECOVERY ASSOCIATES »» 001 | Unsecured Creditors | $2,824.91 | $0.00 | $2,824.91 |
| 2 | AMERICAN HONDA FINANCE CORP »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $3,653.14 | $0.00 | $3,653.14 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $1,931.73 | $0.00 | $1,931.73 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $909.39 | $0.00 | $909.39 |
| 6 | MERRICK BANK »» 006 | Unsecured Creditors | $799.71 | $0.00 | $799.71 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $885.93 | $0.00 | $885.93 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $720.54 | $0.00 | $720.54 |
| 9 | PENNSYLVANIA AMERICAN WATER »» 009 | Unsecured Creditors | $3,681.46 | $0.00 | $3,681.46 |
| 10 | SPECIALIZED LOAN SERVICING LLC »» 010 | Mortgage Arrears | $26,517.72 | $3,711.07 | $22,806.65 |
| 11 | TOWNSHIP OF LOWER MAKEFIELD »» 11S | Secured Creditors | $1,768.97 | $247.55 | $1,521.42 |
| 12 | TOWNSHIP OF LOWER MAKEFIELD »» 11U | Unsecured Creditors | $1,315.13 | $0.00 | $1,315.13 |
| 0 | MICHAEL P KELLY ESQ | Attorney Fees | $2,490.00 | $2,490.00 | $0.00 |
| 13 | SPECIALIZED LOAN SERVICING LLC »» 013 | Mortgage Arrears | $7,934.60 | $1,110.42 | $6,824.18 |

**Chapter 13 Case No. 19-11433-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,345.00 | Current Monthly Payment: | $615.00 |
| Paid to Claims: | $7,559.04 | Arrearages: | $1,120.00 |
| Paid to Trustee: | $785.96 | Total Plan Base: | $45,660.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.