# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 19-11433 - AMC |
| JENNIFFER I.MILLER aka | : |
| JENNIFER I.MILLER | : CHAPTER 13 |

## OBJECTION TO CERTIFICATION OF DEFAULT BY SPECIALIZED LOAN SERVICING LLC

PLEASE TAKE NOTICE that the debtor objects to the Certification of Default upon the follow grounds:

1. Debtor is in substantial compliance but works retail and has lost significant income due to Covid 19..

2. Movant's numbers not correct and debtors have not been fully credited for payments made.

3. Debtor has the ability to catch up on all post-petition arrears with a modified plan.

WHEREFORE, debtor respectfully requests that the Certification of Default be DENIED.

September 10, 2020

/s/ Michael P. Kelly
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA    19047
(215) 741-1100
Fax (215) 741-4029
Email: mpk@cowanandkelly.com