*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jenniffer I Miller
    Debtor(s)

Case No: 19–11433–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2005–AB1, Mortgage Pass–Through Certificates, Series 2005–AB

    on: 10/14/20

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/11/20

Timothy B. McGrath
Clerk of Court

82 – 81
Form 167