UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  : BKY. NO. **19-11433-AMC**
**JENNIFFER I MILLER**  :
 : CHAPTER 13

### ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION

**AND NOW,** this         day of                  , **2020**, upon Motion and after Notice and Hearing, it is

**ORDERED** that pursuant to 11 USC Section 1329, the Debtor's Modified Chapter 13 Plan docket number 87 is approved.

BY THE COURT:

**Date: January 6, 2021**

_____
**ASHELY M. CHAN**
UNITED STATES BANKRUPTCY JUDGE