MASTR Asset Backed Securities Trust 2005-AB1
14841 DALLAS PKWY SUITE 425
Dallas, TX 75254-8067

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106-2908

Jeuniffer Miller
1441 Woodview Road
Morrisville, PA 19067

AM Water
1 Water Street
Camden, NJ 08102-1658

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117-5524

LVNV Funding, LLC
c/o Resurgent Capital Services
PO BOX 10587
Greenville, SC 29603-0587

LVNV Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

Lower Makefield Sewer
BCWSA
1275 Almshouse Road
Warrington, PA 18976-1209

LowerMakefield
BCWSA
PO Box 333
Harleysville, PA 19438-0333

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

McCullough Rubish Removal
9240 Tyburn Road
Morrisville, PA 19067

Merrick Bank/CardWorks
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804-9001

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

OneMain Financial
Attn: Bankruptcy
601 Nw 2nd Street
Evansville, IN 47708-1013

Peco Energy
PO Box 13439
Philadelphia, PA 19101-3439

Pennsylvania American Water
PO Box 578
Alton, IL 62002-0578

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Specialized Loan Servicing
8742 Lucent Blvd
Littleton, CO 80129-2386

Specialized Loan Servicing, LLC
c/o Rebecca A. Solarz, Esq.
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Stern & Eisenberg
1581 Main Street
Suite 200
Warrington, PA 18976-3403

Township of lower Makefield
c/o Barbara M. Kirk, Esq.
777 Township Line Road, Suite 250
Yardley, PA 19067-5565

U.S. Bank National Association Trustee (See
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

STAPLES®
label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette do format 25 mm x 67 mm compatible avec Avery ®5160/8160
04A