UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JENNIFFER I. MILLER                  : CHAPTER 13
                                            : NO. 19-11433-AMC

### ORDER AWARDING SUPPLEMENTAL COUNSEL FEES AND/OR REIMBURSEMENT OF EXPENSES

**AND NOW,** upon consideration of Michael P. Kelly's Application for compensation and/or reimbursement of expenses, Notice given pursuant to Local Rule 2002-1,

it is **ORDERED and DECREED** that supplemental compensation in the amount of **$1,650.00** and reimbursement of expenses in the amount of **$0** are awarded for the period of time of **12/09/2019 to 01/06/2020.** The trustee is authorized to pay the supplemental amount due of **$1,650.00**.

**Date: February 5, 2021**

BY THE COURT:
_____          _____
UNITED STATES BANKRUPTCY JUDGE              Dated
ASHELY M. CHAN