| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-11433-AMC

JENNIFFER I MILLER
1441 WOODVIEW ROAD
MORRISVILLE  PA    19067

Petition Filed Date: 03/07/2019
341 Hearing Date: 05/10/2019
Confirmation Date: 11/06/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2020 | $2,995.00 | | 04/13/2020 | $615.00 | | 04/13/2020 | $675.00 | |
| 05/13/2020 | $615.00 | | 06/02/2020 | $615.00 | | 06/15/2020 | $615.00 | |
| 07/13/2020 | $615.00 | | 08/13/2020 | $615.00 | | 09/15/2020 | $615.00 | |
| 10/29/2020 | $615.00 | | 01/08/2021 | $1,097.21 | | 01/08/2021 | $1,752.79 | |
| 04/20/2021 | $1,047.21 | | 04/20/2021 | $1,752.79 | | 06/07/2021 | $9.00 | |
| 06/08/2021 | $11,420.00 | 5167338267 | | | | | | |

**Total Receipts for the Period: $25,669.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $27,269.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PORTFOLIO RECOVERY ASSOCIATES »» 001 | Unsecured Creditors | $2,824.91 | $0.00 | $2,824.91 |
| 2 | AMERICAN HONDA FINANCE CORP »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $3,653.14 | $0.00 | $3,653.14 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $1,931.73 | $0.00 | $1,931.73 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $909.39 | $0.00 | $909.39 |
| 6 | MERRICK BANK »» 006 | Unsecured Creditors | $799.71 | $0.00 | $799.71 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $885.93 | $0.00 | $885.93 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $720.54 | $0.00 | $720.54 |
| 9 | PENNSYLVANIA AMERICAN WATER »» 009 | Unsecured Creditors | $3,681.46 | $0.00 | $3,681.46 |
| 10 | SPECIALIZED LOAN SERVICING LLC »» 010 | Mortgage Arrears | $26,517.72 | $4,940.24 | $21,577.48 |
| 11 | TOWNSHIP OF LOWER MAKEFIELD »» 11S | Secured Creditors | $1,768.97 | $329.54 | $1,439.43 |
| 12 | TOWNSHIP OF LOWER MAKEFIELD »» 11U | Unsecured Creditors | $1,315.13 | $0.00 | $1,315.13 |
| 0 | MICHAEL P KELLY ESQ | Attorney Fees | $2,490.00 | $2,490.00 | $0.00 |
| 13 | SPECIALIZED LOAN SERVICING LLC »» 013 | Mortgage Arrears | $7,934.60 | $1,478.21 | $6,456.39 |

| 14 | SPECIALIZED LOAN SERVICING LLC »» 014 | Mortgage Arrears | $15,608.33 | $0.00 | $15,608.33 |
| 15 | SPECIALIZED LOAN SERVICING LLC »» 015 | Ongoing Mortgage | $108,672.98 | $5,254.50 | $106,022.48 |
| 0 | MICHAEL P KELLY ESQ | Attorney Fees | $1,650.00 | $0.00 | $1,650.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,269.00 | Current Monthly Payment: | $2,845.00 |
| Paid to Claims: | $14,492.49 | Arrearages: | $2,836.00 |
| Paid to Trustee: | $2,490.41 | Total Plan Base: | $186,580.00 |
| Funds on Hand: | $10,286.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.