United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11433-amc |
| Jenniffer I Miller | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 18, 2021 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jenniffer I Miller, 1441 Woodview Road, Morrisville, PA 19067-5779 |
| cr | + | MASTR Asset Backed Securities Trust 2005-AB1, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| 14284448 | + | AM Water, 1 Water Street, Camden, NJ 08102-1658 |
| 14284451 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14284452 | + | Lower Makefield Sewer, BCWSA, 1275 Almshouse Road, Warrington, PA 18976-1209 |
| 14287273 | + | LowerMakefield, BCWSA, PO Box 333, Harleysville, PA 19438-0333 |
| 14298757 | | McCullough Rubish Removal, 9240 Tyburn Road, Morrisville, PA 19067 |
| 14354273 | + | Michael P Kelly, Esquire, 402 Middletown Blvd., Suite 202, Langhorne, PA 19047-1818 |
| 14295642 | + | Specialized Loan Servicing, 8742 Lucent Blvd, Littleton, CO 80129-2386 |
| 14312716 | + | Specialized Loan Servicing, LLC, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14295643 | + | Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14338892 | + | Township of lower Makefield, c/o Barbara M. Kirk, Esq., 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |
| 14315192 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 18 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 18 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2021 23:28:28 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14292659 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 18 2021 23:26:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14284449 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 18 2021 23:26:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14284450 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 18 2021 23:28:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14293452 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 18 2021 23:39:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14294139 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2021 23:28:32 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14284453 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 18, 2021 | Form ID: pdf900 | Total Noticed: 31 |

| | | Aug 18 2021 23:28:52 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
|---|---|---|---|
| 14294398 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2021 23:28:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14284454 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2021 23:28:33 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14287110 | Email/PDF: cbp@onemainfinancial.com | Aug 18 2021 23:28:28 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14284455 | + Email/PDF: cbp@onemainfinancial.com | Aug 18 2021 23:28:49 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14321138 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2021 23:28:39 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14298756 | + Email/Text: bankruptcygroup@peco-energy.com | Aug 18 2021 23:26:00 | Peco Energy, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14312479 | + Email/Text: csc.bankruptcy@amwater.com | Aug 18 2021 23:26:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14304751 | + Email/Text: JCAP_BNC_Notices@jcap.com | Aug 18 2021 23:26:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | MASTR Asset Backed Securities Trust 2005-AB1, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL P. KELLY | on behalf of Debtor Jenniffer I Miller mpkpc@aol.com r47593@notify.bestcase.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association as Trustee for MASTR Asset Backed Securities Trust 2005-AB1, Mortgage |

District/off: 0313-2 | User: admin | Page 3 of 3

Date Rcvd: Aug 18, 2021 | Form ID: pdf900 | Total Noticed: 31

    Pass-Through Certificates, Series 2005-AB1 bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| JENNIFFER I MILLER | Bankruptcy No. 19-11433-AMC |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: August 18, 2021

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE